IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHET WILSON, individually and on behalf of all persons and entities similarly situated,** : | |
| : | **Case No.: 2:25-cv-04845** |
| : | |
| **Plaintiff(s),** : | |
| : | |
| v. : | |
| : | |
| **MONARCH RECOVERY MANAGEMENT, INC.,** : | |
| : | |
| **Defendant.** : | |

## DISCLOSURE STATEMENT FORM FOR
## DEFENDANT MONARCH RECOVERY MANAGEMENT, INC.

Please check one box:

☒  The nongovernmental corporate party, Monarch Recovery Management, Inc., is owned by Monarch Recovery Holdings, Inc. in the above-listed civil action. Monarch Recovery Holdings, Inc. does not have any parent corporation and no publicly held corporation owns 10% or more of its stock.

☐  The nongovernmental corporate party, _____, is a foreign corporation, in the above-listed civil action have the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____

_____

_____

1

                        Respectfully submitted,
                        **BARRON & NEWBURGER, P.C.**

By:     /s/ Brit J. Suttell
           BRIT J. SUTTELL, ESQUIRE
           PA Id. No. 204140
           6100 219th St. SW
           Suite 480
           Mountlake Terrace, WA 98043
           britjsuttell@bn-lawyers.com
           Counsel for Defendant Monarch Recovery Management, Inc.

Dated: September 18, 2025

## CERTIFICATE OF SERVICE

I certify that on September 18, 2025, a true copy of the foregoing document was served on all counsel of record via CM/ECF.

**BARRON & NEWBURGER, P.C.**

By:    /s/ Brit J. Suttell
BRIT J. SUTTELL, ESQUIRE
PA Id. No. 204140
6100 219th St. SW
Suite 480
Mountlake Terrace, WA  98043
britjsuttell@bn-lawyers.com
Counsel for Defendant Monarch Recovery Management, Inc.

Dated:  September 18, 2025