IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHET WILSON,** *individually and on behalf of a class of all persons and entities similarly situated* | : CIVIL ACTION<br>:<br>:<br>: |
| v. | : NO.  25-4845<br>: |
| **MONARCH RECOVERY MANAGEMENT, INC.** | :<br>: |

## ORDER

**AND NOW**, this 8th day of December 2025, following our October 29, 2025 Order (DI 7) beginning discovery and the December 5, 2025 Initial Pretrial Videoconference, it is **ORDERED**:

1. All fact discovery shall be completed no later than **September 25, 2026**.

2. Affirmative expert reports shall be served no later than **July 31, 2026**. Responsive expert reports, if any, shall be served no later than **August 28, 2026**. Expert depositions, if any, shall be concluded no later than **September 25, 2026**.

3. Any party expecting to offer opinion testimony from lay witnesses pursuant to Federal Rule of Evidence 701 with respect to the issues of liability and damages shall, at the time required for submission of information and/or reports for expert witnesses on liability and damages set forth in the preceding paragraph, serve opposing parties with concise details and/or documents covering the lay opinions of the Rule 701 witnesses, including the identity of each witness offering the expert opinion, the substance and the basis for each opinion.

4. Motions for summary judgment and *Daubert* motions (including motions for class certification) shall be filed no later than **October 30, 2026**. Responses shall be filed no later than **November 13, 2026**. Motions for summary judgment and responses shall be filed in

the form prescribed in Judge Murphy's Scheduling and Motion Policies and Procedures.[1]  If no summary judgment motion is filed by the deadline, then within 2 days of the deadline, plaintiff shall file a notice that the case is ready for trial.

      5.      Further dates will be scheduled as needed, at a later time.

      6.      Counsel shall follow Judge Murphy's Policies and Procedures which can be found at www.paed.uscourts.gov.

MURPHY, J.

---

[1] Counsel shall review Judge Murphy's summary judgment procedures in section 9 of his Policies and Procedures.