**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| CHET WILSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>          Plaintiff<br><br>vs.<br><br>MONARCH RECOVERY MANAGEMENT, INC.<br><br>          Defendants. | Case No. 2:25-cv-4845 |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff CHET WILSON and

Defendant MONARCH RECOVERY MANAGEMENT, INC., hereby stipulate to dismiss the

Plaintiff's individual claims with prejudice, and the class claims without prejudice, with each

party to bear its own costs and attorneys' fees.

Dated: July 13, 2026

Plaintiff,
By Counsel

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and Proposed Class*

**BARRON & NEWBURGER, P.C.**

By:    /s/ Brit J. Suttell
       BRIT J. SUTTELL, ESQUIRE
       PA Id. No. 204140
       1455 NW Leary Way, Suite 400
       Seattle, WA  98107
       (484) 999-4232
       britjsuttell@bn-lawyers.com
       Counsel for Defendant Monarch Recovery
       Management, Inc.

Honorable John F. Murphy

Date: July 14, 2026

2